In the Matter of the Estate of MARGARET M. TOMECK, Deceased. EDWARD M. TOMECK, as Executor of MARGARET M. TOMECK, Deceased, Respondent-Appellant; ROBERT CHRISTOPHER, as Commissioner of Social Services of Saratoga County, Appellant-Respondent, et al., Respondent.

Submitted February 13, 2007; decided March 27, 2007

Motion to strike portions of appellant-respondent's brief denied.

U.S. BANK NATIONAL ASSOCIATION, Formerly Known as FIRST BANK NATIONAL ASSOCIATION, Respondent, v INES DIANA MONTI, Appellant. BRUNO MONTI, Nonparty-Appellant.

Submitted January 8, 2007; decided March 27, 2007

Motion to dismiss the appeal granted and, appeal, insofar as taken by Ines Diana Monti purportedly on behalf of Bruno Monti, dismissed upon the ground that Ines Diana Monti is not Bruno Monti's authorized legal representative; appeal by Ines Diana Monti, insofar as taken on her own behalf, dismissed upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.